THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL THAYER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITRIN AUTO AND HOME INSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner, <br><br> Defendant. | Case No.: 2:22-cv-1332-RAJ <br><br> **ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR SNOHOMISH COUNTY** |

THIS MATTER came before the Court on Plaintiff's and Defendant's Stipulated Motion to Remand Case to Washington State Superior Court for Snohomish County (the "Stipulated Motion"). The Court has considered the pleadings and papers on file, including Defendant's Notice of Removal, as well as the Stipulated Motion. The Court hereby ORDERS:

1. The Stipulated Motion is GRANTED.

2. The above-captioned case is REMANDED to the Washington State Superior Court for Snohomish County (the "Snohomish County Superior Court"), where it had previously been docketed as Case No. 22-2-04479-3. The Snohomish County Superior Court may proceed with the case.

BUCHALTER
A PROFESSIONAL CORPORATION
SEATTLE

ORDER REMANDING CASE
TO STATE COURT (NO. 2:22-cv-1332-RAJ) - 1

BN 73274368v1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the Snohomish County Superior Court.

4. Defendant shall file and serve its answer to the First Amended Complaint in Snohomish County Superior Court within fourteen (14) calendar days after entry of this Order.

5. The Clerk is directed to close this case.

DATED this 25th day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SEATTLE

ORDER REMANDING CASE TO STATE COURT (NO. 2:22-CV-1332) - 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 73274368v1